## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY P. DOUGHERTY,<br>1100 Garden Creek Circle<br>Louisville, Kentucky 40223<br><br>    **Plaintiff**<br><br>v.<br><br>MICHAEL W. WYNNE,<br>Secretary of the Air Force<br>1670 Air Force Pentagon<br>Washington, D.C.  20330<br><br>    **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-2146 (RWR)<br>) (ECF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Mercedeh Momeni, Assistant United States Attorney, as counsel of record for defendant, in the above-captioned case.

Respectfully submitted,

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January, 2007, I caused the foregoing Praecipe to be served on Plaintiff's attorney, **David P. Sheldon**, via Electronic Case Filing (ECF).

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851