UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY P. DOUGHERTY,         )<br>                                              )<br>               **Plaintiff**          )<br>      v.                                    )<br>                                              )<br>                                              )<br>MICHAEL W. WYNNE,            )<br>U.S. Secretary of the Air Force  )<br>                                              )<br>               **Defendant.**      )<br>                                              ) | Civil Action No. 06-2146 (RWR)<br>(ECF) |

CONSENT MOTION TO ENLARGE TIME TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant, United States Department of the Air Force, hereby moves for a forty five-day extension of time to file an answer or otherwise respond to the Plaintiff's Complaint, through and including April 6, 2007.  Good cause exists to grant this motion.

1. Defendant's Response is due on February 20, 2007.

2. Defendant requires additional time to prepare and file an answer or otherwise respond. This extension is needed primarily due to the need to research issues raised by the complaint, which are not contained in the administrative record.  The enlargement is also needed, due to undersigned counsel's schedule, which recently has included, *inter alia*, a week-long trial and post trial submissions in the matter of *Lucas v. Spellings*, Civil Action No. 01-2393 (JMF), and settlement negotiations in the matter o *Damadio v. Kempthorne*, Civil Action No. 05-1503 (RJL/AK).  Furthermore, undersigned counsel is engaged in motion practice in the matters of *Consumer Federation of America v. USDA,* Civil Action No. 04-1788 (EGS), *Kemp v. Rice*, Civil Action No. 06-1528 (JDB), and *Chandler v. Kieley*, Civil Action No. 06-1314 (PLF).

3. Defendant therefore requests forty five additional days to submit its answer or otherwise respond to the Complaint.

4. Pursuant to Local Rule 7(m), undersigned counsel contacted opposing counsel, who indicated that he consents to this request.

WHEREFORE, Defendant requests that this enlargement be granted, and that the date for the Response be extended to April 6, 2007. A minute order is requested.

Dated: February 14, 2007.

                                                Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

\_\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C. 20530
(202) 3050-4851

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of February, 2007, I caused the foregoing Motion for Enlargement of Time to be served on Plaintiff's attorney, **David P. Sheldon**, via the Court's Electronic Case Filing system.

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851