UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY P. DOUGHERTY,   )  <br>                                                    )  <br>           Plaintiff                         )  <br>     v.                                              )  <br>                                                    )  <br>                                                    )  <br>MICHAEL W. WYNNE,               )  <br>U.S. Secretary of the Air Force     )  <br>                                                    )  <br>           Defendant.                    )  <br>                                                    ) | Civil Action No. 06-2146 (RWR) <br> (ECF) |

### CONSENT MOTION TO ENLARGE TIME TO
### ANSWER OR OTHERWISE RESPOND TO COMPLAINT
### AND PROPOSED BRIEFING SCHEDULE

Defendant, United States Department of the Air Force, hereby moves for a two-day extension of time to file an answer or otherwise respond to the Plaintiff's Complaint, through and including April 10, 2007. Good cause exists to grant this motion.

1. Defendant's Response is due on April 6, 2007.

2. Defendant requires additional time to prepare and file a dispostive motion, in this Administrative Procedures Act matter. The enlargement is needed, due to undersigned counsel's schedule, which recently has included, *inter alia*, a settlement negotiations in the matter o *Damadio v. Kempthorne*, Civil Action No. 05-1503 (RJL/AK) and motion practice in the matters of *Chandler v. Williams, et al.* Civil Action No. 06-0664 (PLF), *Chandler v. Keily,* Civil Action No. 06-1314 (PLF), *Consumer Federation America v. U.S. Department of Agriculture,* Civil Action No. 04-1788 (EGS).

3. Defendant therefore requests two additional business days to submit its dispostive motion to the Complaint.

4. Pursuant to Local Rule 7(m), undersigned counsel contacted opposing counsel, who

indicated that he consents to this request.

    5.    Counsel for the parties are unusually busy in the next several weeks with a *number of matters in other cases. In particular, counsel for plaintiff will s shortly begin trial in* the Fifth Circuit in a case involving the death penalty. Plaintiff's counsel also anticipates traveling to Iraq for court-martial proceedings over the summer. Accordingly, the proposed schedule takes into account a number of factors and needs for both sides and attempts to strike a reasonable balance with the placing this case in a posture for the Court to resolve as expeditiously as possible. Thus, the proposed schedule leaves some extra time for the preparation of motions and less time later in the schedule for responses when counsel anticipate having more time to devote to this case. The parties respectfully request the following schedule:

| | |
|---|---|
| Defendant's motion for summary judgment: | April 10, 2007 |
| Plaintiff's opposition & cross-motion: | June 11, 2007 |
| Defendant's reply & opposition: | July 10, 2007 |
| Plaintiff's reply: | July 27, 2007. |

WHEREFORE, Defendant requests that this enlargement be granted, and that the Court approve the above briefing schedule. A minute order is requested.

Dated: April 5, 2007.

                      Respectfully submitted,

                      _____/s/_____
                      JEFFREY A. TAYLOR, D.C. Bar No. 498610
                      United States Attorney

                      _____/s/_____
                      RUDOLPH CONTRERAS, D.C. BAR #434122
                      Assistant United States Attorney

                                                          _____/s/_____
                                                          MERCEDEH MOMENI
                                                          Assistant United States Attorney
                                                          Civil Division
                                                          555 4th Street, N. W.
                                                          Washington, D.C.  20530
                                                          (202) 3050-4851

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April 2007, I caused the foregoing Motion for Enlargement of Time and Briefing Schedule to be served on Plaintiff's attorney, **David P. Sheldon**, via the Court's Electronic Case Filing system.

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851