UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Timothy P. Dougherty, | ) |
| | ) |
| Plaintiff, | ) Civ. Action No. 06CV02146 (RWR) |
| | ) ECF |
| v. | ) |
| | ) |
| Michael Wynne, Secretary, | ) |
| United States Air Force | ) |
| Defendant. | ) |

### MOTION TO FILE EXHIBITS UNDER SEAL AND FOR CONFIDENTIAL *IN CAMERA* INSPECTION BY THE COURT

Defendant, Michael Wynne, Secretary of the United States Department of the Air Force, through and by undersigned hereby moves to file the Administrative Record, including attachment B (Plaintiff's Personnel Records), attached to his Motion to Dismiss and for Summary Judgment, under seal and request that certain information within those exhibits be kept for *in camera* inspection, pursuant to LcvR 5.1(j). The foregoing documents were mailed via first class mail to Plaintiff, on April 10, 2007.

    1. Defendant filed his Motion to Dismiss and for Summary Judgment ("the Motion"), on April 10, 2007.

    2. The Administrative Record and its attachment B, referred to in the Motion contain confidential third party information obtained during an investigation of alleged sexual harassment. Additionally, some of the documents fall within the category of information protected the Privacy Act. Defendant requests that the Administrative Record, and its attachment B, be maintained under seal.

3. Undersigned counsel telephoned Plaintiff's counsel for Local Rule 7(m) consultation on April 10, 2007. Plaintiff's counsel indicated that there is no objection to this motion.

WHEREFORE, Federal Defendants request that this motion be granted, and that the Court accept these documents under seal and for confidential *in camera* inspection. A proposed order is submitted herewith.

Dated: April 11, 2007.

        Respectfully submitted,

        /s/

        JEFFREY A. TAYLOR, D.C. Bar # 498610
        United States Attorney

        /s/

        RUDOLPH CONTRERAS, D.C. Bar # 434122
        Assistant United States Attorney

        /s/

        MERCEDEH MOMENI
        Assistant United States Attorney
        555 4th Street, N.W.
        Civil Division
        Washington, D.C. 20530

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of April 2007, I caused to be served, by the Court's Electronic Case Filing System, a true and correct copy of the above *Defendant's Motion to File Under Seal* upon parties of record.

                                                /s/
                                    MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW, Room E4208
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)