UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY P. DOUGHERTY )<br>)<br>*Plaintiff*, )<br>)<br>v.  )<br>)<br>MICHAEL W. WYNNE )<br>Secretary of the Air Force, )<br>)<br>*Defendant*. )<br>) | Civil No.  1:06-cv-02146-TFH |

**CONSENT MOTION TO ENLARGE TIME FOR PLAINTIFF
TO FILE OPPOSITION AND CROSS-MOTION
IN RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff hereby moves for a 30-day enlargement of time in which to file his opposition and cross-motion in response to Defendant's Motion for Summary Judgment.  On June 11, 2007, undersigned counsel consulted with defendant's counsel Charlotte Abel, who gave her consent to this motion.

The enlargement of time is required for the following reasons: (1) Counsel for Plaintiff has an extraordinarily heavy docket involving military courts-martial (courts-martial in Japan and Iraq) and other federal proceedings (capital litigation in the 5th Circuit); and (2) Defendant's opposition brief raises substantial issues, specifically relating to recent decisions by this Court regarding members of the National Guard.

The briefing schedule as currently set in this case is as follows:

Plaintiff's opposition & cross-motion:     June 11, 2007

Defendant's reply & opposition:     July 10, 2007

Plaintiff's reply:     July 27, 2007

Thus, Plaintiff's opposition and cross-motion are currently due on or before June 11, 2007.  If the Court grants this Motion to enlarge time, then Plaintiff's reply will be due on or before July 11, 2007.  Further, the parties respectfully request the following revised briefing schedule:

| | |
|---|---|
| Plaintiff's opposition & cross-motion: | July 11, 2007 |
| Defendant's reply & opposition: | August 10, 2007 |
| Plaintiff's reply: | August 31, 2007 |

Plaintiff has filed no previous requests for enlargement of time regarding this opposition and cross-motion.

WHEREFORE, Plaintiff requests that this enlargement be granted, and that the Court approve the above revised briefing schedule.  A minute order is requested

                Respectfully submitted,

                _____/s/_____

                David P. Sheldon (446039)
                LAW OFFICES OF DAVID P. SHELDON, PLLC
                Barracks Row
                512 8th Street, S.E.
                Washington, D.C. 20003
                (202) 546-9575

                Attorney for Plaintiff

June 11, 2007