UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY P. DOUGHERTY )<br>)<br>  *Plaintiff*, )<br>)<br>v. )<br>)<br>MICHAEL W. WYNNE )<br>Secretary of the Air Force, )<br>)<br>  *Defendant*. )<br>) | Civil No.  1:06-cv-02146-TFH |

**CONSENT MOTION TO ENLARGE TIME FOR PLAINTIFF
TO FILE OPPOSITION AND CROSS-MOTION
IN RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff hereby moves for an enlargement of time in which to file his opposition and cross-motion in response to Defendant's Motion for Summary Judgment.  On July 27, 2007, undersigned counsel consulted with defendant's counsel Mercedeh Momeni, who gave her consent to this motion.

The enlargement of time is required for the following reasons: (1) Counsel for Plaintiff has an extraordinarily heavy docket involving military courts-martial and other federal proceedings; and (2) Defendant's opposition brief raises substantial issues.

The briefing schedule originally set in this case was as follows:

Plaintiff's opposition & cross-motion:   June 11, 2007

Defendant's reply & opposition:   July 10, 2007

Plaintiff's reply:   July 27, 2007

Plaintiff filed two previous unopposed requests for enlargement of time on June 11, 2007, and on July 11, 2007. Plaintiff's requests each set forth a revised briefing schedule, but the Court has not ruled on Plaintiff's requests.

If the Court grants this Motion to enlarge time, then Plaintiff's reply will be due on or before August 28, 2007. Further, the parties respectfully request the following revised briefing schedule:

| | |
|---|---|
| Plaintiff's opposition & cross-motion: | August 28, 2007 |
| Defendant's reply & opposition: | September 28, 2007 |
| Plaintiff's reply: | October 26, 2007 |

WHEREFORE, Plaintiff requests that this enlargement be granted, and that the Court approve the above revised briefing schedule. A minute order is requested

Respectfully submitted,

/s/
_____

David P. Sheldon (446039)
LAW OFFICES OF DAVID P. SHELDON, PLLC
Barracks Row
512 8th Street, S.E.
Washington, D.C. 20003
(202) 546-9575
(202) 546-0135 (fax)

Attorney for Plaintiff

July 27, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July, 2007, I caused to be served, via the Court's Electronic Case Filing System, a true and correct copy of the foregoing Consent Motion to Enlarge Time upon Defendant's attorney Mercedeh Momeni.

Respectfully submitted,

_____/s/_____
David P. Sheldon (446039)
LAW OFFICES OF DAVID P. SHELDON, PLLC
Barracks Row
512 8th Street, S.E.
Washington, D.C. 20003
(202) 546-9575
(202) 546-0135 (fax)

Attorney for Plaintiff