UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY P. DOUGHERTY )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>MICHAEL W. WYNNE )<br>Secretary of the Air Force, )<br>)<br>*Defendant*. )<br>) | Civil No. 1:06-cv-02146-TFH |

**CONSENT MOTION TO ENLARGE TIME FOR PLAINTIFF
TO FILE OPPOSITION AND CROSS-MOTION
IN RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff hereby moves for an enlargement of time in which to file his opposition and cross-motion in response to Defendant's Motion for Summary Judgment. On August 21, 2007, undersigned counsel consulted with defendant's counsel Mercedeh Momeni, who gave her consent to this motion.

The enlargement of time is required for the following reasons: (1) Counsel for Plaintiff has an extraordinarily heavy docket involving military courts-martial (including in southeast Asia) and other federal proceedings (capital litigation in the 5th Circuit); (2) Counsel for Plaintiff is facing difficulties involving care of elderly family members; and (3) Defendant's opposition brief raises substantial issues.

The briefing schedule currently set in this case was as follows:

Plaintiff's opposition & cross-motion:     August 28, 2007

Defendant's reply & opposition:     September 28, 2007

Plaintiff's reply:     October 26, 2007

Plaintiff filed three previous unopposed requests for enlargement of time on June 11, 2007, on July 11, 2007, and on July 27, 2007. The Court did not rule on the first two, but granted the third request.

If the Court grants this Motion to enlarge time, then Plaintiff's reply will be due on or before August 28, 2007. Further, the parties respectfully request the following revised briefing schedule:

| | |
|---|---|
| Plaintiff's opposition & cross-motion: | September 27, 2007 |
| Defendant's reply & opposition: | October 29, 2007 |
| Plaintiff's reply: | November 28, 2007 |

WHEREFORE, Plaintiff requests that this enlargement be granted, and that the Court approve the above revised briefing schedule. A minute order is requested

Respectfully submitted,

/s/
_____

David P. Sheldon (446039)
LAW OFFICES OF DAVID P. SHELDON, PLLC
Barracks Row
512 8th Street, S.E.
Washington, D.C. 20003
(202) 546-9575
(202) 546-0135 (fax)

Attorney for Plaintiff

August 21, 2007

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2007, I caused to be served, via the Court's Electronic Case Filing System, a true and correct copy of the foregoing Consent Motion to Enlarge Time upon Defendant's attorney Mercedeh Momeni.

Respectfully submitted,

_/s/_____
David P. Sheldon (446039)
LAW OFFICES OF DAVID P. SHELDON, PLLC
Barracks Row
512 8th Street, S.E.
Washington, D.C. 20003
(202) 546-9575
(202) 546-0135 (fax)

Attorney for Plaintiff