# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TIMOTHY P. DOUGHERTY | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) Civil Action No. 1:06-cv-02146-TFH |
| | ) |
| MICHAEL WYNNE, | ) |
| Secretary of the Air Force, | ) |
| | ) |
| *Defendant.* | ) |

## PLAINTIFF'S NOTICE OF ERRATA

Plaintiff hereby submits this Errata to amend an error in the docketing of his Cross Motion for Summary Judgment and Memorandum in Opposition to Motion to Dismiss and for Summary Judgment submitted on September 27, 2007. Exhibits 1 and 2 to Plaintiff's Cross Motion for Summary Judgment and Memorandum in Opposition to Motion to Dismiss and for Summary Judgment were inadvertently filed without first redacting confidential information. The Clerk's Office for this Court has indicated that such documents have been sealed. Attached herewith as Attachments 1 and 2 are corrected versions of those Exhibits 1 and 2 with the confidential information redacted.

Respectfully submitted,

/s/

David P. Sheldon (446039)
LAW OFFICES OF DAVID P. SHELDON, PLLC
Barracks Row
512 8th Street, S.E.
Washington, D.C. 20003
(202) 546-9575

September 28, 2007                Attorney for Plaintiff

# EXHIBIT 1

*Dougherty v. Wynne*, Civil Action No. 1:06-cv-02146

# DEPARTMENT OF THE ARMY AND THE AIR FORCE
## NATIONAL GUARD BUREAU
## ANG ACTIVE DUTY PERFORMANCE RATING
*(For Duty pursuant to Title 32 USC 502f or 10 USC 678 (Proponent: NGB/DP))*

| 1. NAME *(Last, First, Middle)*<br><br>Dougherty, Timothy P. | 2. SSAN<br><br>██████ | 3. POSITION TITLE/GRADE<br>Combat Operations Support Flight Chief |
|---|---|---|

| 4. UNIT/LOCATION<br><br>123 Logistics Squadron<br>1101 Grade Lane, Louisville, KY 40213-2678 | 5. RATING PERIOD<br>From: 10 April 99          To: 9 April 00 |
|---|---|

**6. TYPE OF RATING**   ☒ ANNUAL          ☐ SPECIAL _____

---

**7. Overall Evaluation, as substantiated by the required narrative:**

☐ **SUPERIOR** - The overall performance clearly indicates unusual growth potential. The member should be strongly considered for the next available promotion opportunity or reassignment to a position of greater responsibility.

☒ **EXCELLENT** - This overall performance demonstrated during this rating period consistently exceeded that prescribed in the job description, and the member is fully deserving of future promotion consideration.

☐ **SATISFACTORY** - The member met all job requirements and should be continued in this assignment.

☐ **MARGINAL** - Although performance in some aspects of the job is adequate, the member should make significant improvements in other specific areas to be retained in present position.

☐ **UNSATISFACTORY** - Based on demonstrated performance, this member should not be continued in his/her present position.

---

**8.** Block 8a on the reverse is to be used for a narrative summary of the member's performance during the rating period. As appropriate, the following areas are recommended for possible inclusion in the the narrative and for discussion during the required counseling session. Neither the narrative nor the counseling session is limited to these areas. Bullet statements may be used at the discretion of the rater. Be specific; avoid abstract or vague words. The use of a supplemental sheet is limited to referral reports or when the reviewing official nonconcurs with the rating; it must be signed by the initiator and ratee.

Professional Factors:  Job knowledge, job performance.

Personal Traits:  Initiative, reliability, military bearing.

Assessment of Growth Potential Based On:  Leadership *(including directing and counseling)*, communicative skills *(speaking, listening, and writing)*, education *(PME and civilian)*.

Assignment Recommendation _____

---

NGB Form 26, MAY 99, (FormFlow v. 2.15)    *(Replaces NGB Form 26 dated APR 97 which is obsolete)*

## 8a. Narrative

Master Sergeant Timothy P. Dougherty has performed his duties as Combat Operations Support Flight Chief in an excellent manner. Sergeant Dougherty took over a flight that lacked organization and leadership and turned it around. Morale and teamwork have come a long way in his section and will continue to progress as Sergeant Dougherty's situational leadership and people skills improve.

Master Sergeant Dougherty was instrumental in organizing the munitions account. He utilized personnel resources from the field to help get accountable records and physical inventories up to standards. Sergeant Dougherty also aided in getting a full-time munitions person by gathering critical support information to justify the need. Once this person was selected Sergeant Dougherty acted as liaison and worked with him until the person was in place and up and running.

Master Sergeant Dougherty is in the process of completing his Senior Non-Commissioned Officer Course, Course Five, and should complete it in May.

**9.** The member and immediate supervisor have discussed the performance of the member during the rating period shown. The discussion included all factors addressed in the narrative above. The member's signature on the form indicates only that the required evaluating discussion has taken place and he/she is aware of the rating assigned or recommended. It does not signify agreement with the rating.

**Member's Signature** *Timothy P Dougherty*          **Date** 20 Sep 00

| **10. Rater** *(Name, Grade, Organization, Location)* | **Duty Title** | **Date** |
|---|---|---|
| ▮▮▮▮▮, 2d Lt, KyANG<br>123d Logistics Squadron (AMC)<br>Louisville International Airport, KY | Chief of Supply | 20 Sep 00 |
| | **Signature** ▮▮▮▮▮ | |

**11  Reviewing Official** *(Reviewing Official is the full time supervisor of the rater. If the Reviewing Official is a Colonel, block 12 need not be completed).*

☒ **Concur**          ☐ **Nonconcur** *(If you nonconcur, initial the rating which you feel best reflects the ratee's performance potential. Substantiate on an attached comment sheet.)*

| **Name, Grade, Organization, Location** | **Duty** | **Date** |
|---|---|---|
| ▮▮▮▮▮, Lt Col, KyANG<br>123d Logistics Squadron (AMC)<br>Louisville International Airport, KY | Commander | 20 SEP 00 |
| | **Signature** ▮▮▮▮▮ | |

**12  Approving Official** *(Approving Official is the full time officer senior to the Reviewing Official in the full time chain of command. See ANGR 39-62, para 1-4e, for specific details.*

| **Name, Grade, Organization, Location** | **Duty** | **Date** |
|---|---|---|
| ▮▮▮▮▮ Col, KyANG<br>123d Logistics Group (AMC)<br>Louisville International Airport, KY | Commander | 20 Sep 00 |
| | **Signature** ▮▮▮▮▮ | |

**NGB Form 26, MAY 99** (FormFlow v . 2.15)          *(Replaces NGB Form 26 dated APR 97, which is obsolete)*

# EXHIBIT 2

*Dougherty v. Wynne*, Civil Action No. 1:06-cv-02146

CAC
10LC



# DEPARTMENT OF THE AIR FORCE

## THIS IS TO CERTIFY THAT

## THE AIR FORCE ACHIEVEMENT MEDAL
### (FIRST OAK LEAF CLUSTER)
### HAS BEEN AWARDED TO

### MASTER SERGEANT TIMOTHY P. DOUGHERTY

### FOR

### OUTSTANDING ACHIEVEMENT
### 01 DECEMBER 2001 TO 13 JANUARY 2002

## ACCOMPLISHMENTS

Master Sergeant Timothy P. Dougherty distinguished himself by outstanding achievement as Training Manager, 123d Special Tactics Squadron, Kentucky Air National Guard, Louisville, Kentucky. Sergeant Dougherty's efforts were instrumental in preparing the squadron for a short-notice Unit Compliance Inspection received from Air Force Special Operations Command. His management of unit training requirements, formal school requests, and coordination at wing and Major Command levels was instrumental to success during this inspection. Despite severe personnel shortages due to overseas combat deployments, his hard work ensured positive momentum under extremely arduous circumstances. The accomplishments of Master Sergeant Dougherty reflect credit upon himself, the Air National Guard and the United States Air Force.

### GIVEN UNDER MY HAND
### 8 AUGUST 2002





D. ▮▮▮▮▮▮▮▮▮▮▮
Brigadier General, KYNG
The Adjutant General

AF FORM 2274, 20040101

DAC



# DEPARTMENT OF THE AIR FORCE
## NATIONAL GUARD BUREAU
## COMMONWEALTH OF KENTUCKY
### DEPARTMENT OF MILITARY AFFAIRS
#### Office of the Adjutant General
#### Frankfort 40601-6168

SPECIAL ORDERS)
G-35          )                                    8 August 2002

1. By direction of the Secretary of the Air Force and with approval of the Adjutant General, the following individuals are awarded the **AIR FORCE ACHIEVEMENT MEDAL** for outstanding achievement during the period indicated.

MAJ ▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮, 1 December 01 to 13 January 02 (Third Oak Leaf Cluster), PAS D80VFF6Q, Condition: 4

MSG TIMOTHY P. DOUGHERTY, ▮▮▮▮▮▮▮ 1 December 01 to 13 January 02 (First Oak Leaf Cluster), PAS D80VFF6Q, Condition: 4

MSG ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮1 December 01 to 13 January 02 (First Oak Leaf Cluster), PAS D80VFF6Q, Condition: 4

MSG ▮▮▮▮▮▮▮, ▮▮▮▮▮▮ 1 December 01 to 13 January 02, PAS D80VFF6Q, Condition: 4

MSG ▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮, 1 December 01 to 13 January 02 (Second Oak Leaf Cluster), PAS D80VFF6Q, Condition: 4

MSG ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ 1 December 01 to 13 January  02 (Fourth Oak Leaf Cluster), PAS D80VFF6Q, Condition: 4

TSG ▮▮▮▮▮▮▮▮S, ▮▮▮▮▮▮1 December 01 to 13 January 02, PAS D80VFF6Q, Condition: 4

TSG ▮▮▮▮▮▮▮S, ▮▮▮▮▮▮ 1 December 01 to 13 January 02 (Third Oak Leaf Cluster), PAS D80VFF6Q, Condition: 4

SSG ▮▮▮▮▮▮▮, ▮▮▮▮▮▮ 1 December 01 to 13 January 02, PAS D80VFF6Q, Condition: 4

SSG ▮▮▮▮▮▮▮▮▮▮▮▮, 1 December 01 to 13 January 02 (First Oak Leaf Cluster), PAS D80VFF6Q, Condition: 4

G-35                                                    8 August 2002

SRA ██████████████, ████████ 1 December 01 to 13 January 02, PAS
D80VFF6Q, Condition: 4


BY ORDER OF THE SECRETARY OF THE AIR FORCE:



████████████████
Brigadier General, KYNG
The Adjutant General

DISTRIBUTION:
F
1-Hq ARPC/DSMP