UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


| | | |
|---|---|---|
| **TIMOTHY P. DOUGHERTY,** | ) | Civil Action No. 06-2146(JDS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **MICHAEL WYNNE,** Secretary of | ) | **O R D E R** |
| the Air Force, | ) | * * * * * |
| | ) | |
| Defendant. | ) | |

Upon the Court's own motion,

**IT IS ORDERED** that a pending motion hearing will be conducted by the undersigned at 9:00 a.m., on April 30, 2008, in Courtroom 19.

The Clerk of Court shall forthwith notify the parties of the making of this order.

**DONE** and **DATED** this 10th day of April, 2008.

/s/ Jack D. Shanstrom
Senior United States District Judge
District of Montana